# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-00001-05-CR-W-DGK |
| NICHOLAS EUGENE PARRIS, | ) ) ) |
| Defendant. | ) |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 3, 2023, the Grand Jury returned a two-count Indictment charging Defendant Nicholas Eugene Parris and five other defendants[1] with instigating, aiding, and assisting in the escape of co-defendants Trevor Scott Sparks and Sergio Perez Martinez from confinement (Count Two).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Bruce A. Rhoades and Robert M. Smith
        Case Agent: No case agent; Scott Hamann financial analyst/paralegal
   Defense: Preston Lee Jones
        Investigator: Mark Reeder

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: no stipulations anticipated; 15-20 without stipulations
    Defendant: 4-5 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 35-40 exhibits

---

[1] Defendants Trevor Scott Parks and Sergio Perez Martinez were also charged with escaping from confinement (Count One). On April 19, 2023, Defendant Steven Lydell Williams Sr. pled guilty to Count Two and is awaiting sentencing. On April 20, 2023, Defendant Dawn Louise Branstietter pled guilty to Count Two and is awaiting sentencing. On April 26, 2023, Defendant John Douglas Baxter pled guilty to Count Two and is awaiting sentencing. Defendant Trevor Scott Parks is scheduled to change his plea on June 29, 2023. Defendant Sergio Perez Martinez has not been apprehended.

Defendant: approximately 10-20 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3 days total**
Government's case including jury selection: 2½ day(s)
Defendant: ½ day

**STIPULATIONS**: No stipulations anticipated.

**UNUSUAL QUESTIONS OF LAW:** No unusual questions of law.

**FILING DEADLINES:**

Witness and Exhibit Lists
Government: None filed. **Due on or before July 5, 2023.**
Defendant: None filed. **Due on or before July 5, 2023**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before July 12, 2023.**

Please Note: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before July 12, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for July 17, 2023.

**Please note:** Per the representation of the Government, Judge Kays indicated an intention during the last court proceeding to set this matter for trial on Tuesday, July 18, 2023.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE